Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida
Miami Division

**TAMA TWYNETTE aka MATTIE LOMAX**

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

**CATHERINE M. POOLER**

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

FILED BY __PG__ D.C.
JAN 27 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

cat / div __550/1983 / MIA__
Case # _____
Judge _____ Mag __REID__
Motn Ifp __YES__ Fee pd $ __0__
Receipt # _____

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Tama Twynette aka Mattie Lomax |
| Address | P.O. BOX 490642 |
| | CHICAGO, IL 60649 |
| | *City    State    Zip Code* |
| County | United States of America |
| Telephone Number | |
| E-Mail Address | akalomax@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Catherine M. Pooler |
| Job or Title *(if known)* | Judge of Miami-Dada Court of Florida |
| Address | 73 West Flagler Street/ Room 900 |
| | Miami, FL 33130 |
| | *City    State    Zip Code* |
| County | United States of America |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Douglas D. Stratton/ Attorney at Law |
| Job or Title *(if known)* | Attorney for Roosevelt Ivory |
| Address | 407 Lincoln Road/ Suite 2-A |
| | Miami Beach, FL 33139 |
| | *City    State    Zip Code* |
| County | United States of America |
| Telephone Number | |
| E-Mail Address *(if known)* | douglas@strattonfeinstein.com |

☐ Individual capacity   ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
- Name: Roosevelt Ivory
- Job or Title *(if known)*: Landlord
- Address: 1708 NW 69th Terrace
  - City: Miami
  - State: FL
  - Zip Code: 33147
- County: United States of America
- Telephone Number:
- E-Mail Address *(if known)*:

[✓] Individual capacity   [ ] Official capacity

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Address:
  - City:
  - State:
  - Zip Code:
- County:
- Telephone Number:
- E-Mail Address *(if known)*:

[ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1983 allows people to sue the government for civil rights violations. It applies when someone acting under color of state-level or local law has deprived a person of rights created by the U.S. Constitution or federal statutes. Refer to cases brought under 42 U.S.C. 18 U.S.C. 1983 gives people the right to sue state government officials and employees who violate their constitutional rights: Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State, subjects, or causes to

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

18 U.S. Code 242. Deprivation of rights under color of law, whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties on account of such person being an alien, or by reason of his color, or race, than are prescribed for the citizens.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The Plaintiff attorney fabrication of allegation regarding a Landlord and tenant dispute regarding fixer upper for apartment that Plaintiff, Mattie Lomax was renting from Plaintiff Roosevelt Ivory. Judge Pooler refuse to accept the documents in the filed and issue orders of final judgment for attorney fee's, order to disburse from court registry $700.00 that Plaintiff, Mattie Lomax had deposit into the court registry. Release the cash bond of $12,160.00 held by the Court Registry under receipt No. 4022/0016 and order

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

1474 NW 68 Terrace, Miami, Florida 33147

B. What date and approximate time did the events giving rise to your claim(s) occur?

January 29, 2006 in which landlord, Roosevelt Ivory came to the Mattie Lomax apartment at 1474 NW 68th Terrace, Miami, Florida around about 9:00 am. Lomax open the door and landlord came into the apartment stating that this was his house and sold the property while the Lomax had fix the water problem and purchase material to fix up the rental apartment.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Due to the bias and prejudice nature of Judge Pooler, Plaintiff's items that was purchased to renew the property was all stolen by the sell of the property. All items were filed March 10, 2006 and mail a copy to the attorney of the Roosevelt Ivory. Lomax was evicted from her rental apartment on the same day of hearing, March 29, 2006 and was forced to move out right away. There were several of Miami-Dade police showed up in front of Lomax apartment, stating to the next door neighbor, stating, do not stand in front of this building. Roosevelt Ivory is familiar with Miami-Dade police that work for Dri-Velt, Inc due to the facts that Roosevelt Ivory runs a prostitution house on 68th, Terrace, Miami, Florida. On the day of hearing, Roosevelt Ivory was waring a Miami-Dade police badge on his person. When Lomax ask Roosevelt Ivory if he was a police officer, because he is tell and body side is big, so Lomax thought noting about he being a police officer. After Lomax had return home and call the Miami-Dade police station to require about his employment, the Miami-Dade police station, stated that they did not have a Roosevelt Ivory working at this station.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Lomax was sexually harassed, harassed, stalking her, emotional distress, Intentional infliction, breach of rental. Roosevelt Ivory would sent a men, by the name of Rober and another partner with Rober in which was wearing a colostomy bag. I ask, what is that small? He side that it was his colostomy bag. The next day Rober came by himself. Lomax went into her front room and believe that Rober was fixing the plumbing for the water, pipping ( you can see pictures ) for the hot water pipping, Lomax get up to check to see what was going with the water. Rober, Roosevelt Ivory friend was sleeping in the closet, pretending to fix the piping for the water, due to the fasts, that every time Lomax would turn on the water, the water would come out of the broking pip the water would run on the floor. Roosevelt Ivory action toward Lomax was intentional because he though in his mind that he was going to use Lomax for prostitution and not for rental. Roosevelt Ivory would send a men to the property to cut the grass and would have two other men's with him, standing in my front window. I told the men to not stand in front of my window and the other men that was cutting the grass, yell back at me. I stated if you don't get in front of my window that I will call the police, and then, all of a sudden the men's left the property. The next morning Roosevelt Ivory came to Lomax apartment. Lomax let Roosevelt Ivory inside of the apartment. He stud in the front room, stating that this was his house. Lomax started to yell, stating to get out of her house.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

This is a claim for actual damages and punitive damages of $3,000,000.00 for fraud on the court and deprived of a right that will established the right to sue for a violation of a right base on Judge Pooler and the Attorney demonstrated, bias, racist, prejudice and hateful action against Lomax a Black American women by fabrication of the allegations this complaint.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    January 21, 2020

Signature of Plaintiff    *Tama Twynette aka Mattie Lomax*

Printed Name of Plaintiff    Tama Twynette aka Mattie Lomax

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

            City            State       Zip Code

Telephone Number

E-mail Address

